IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC W. JOHNSON,

    Petitioner,                    No. CIV S-09-0064 GEB DAD P

    vs.

JAMES WALKER, Warden,

    Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On May 6, 2009, respondent filed a motion to dismiss this action on the grounds that petitioner failed to exhaust his state court remedies. On June 9, 2009, petitioner filed an opposition to the motion, and on August 10, 2009, petitioner filed a motion to supplement his opposition, together with a supplemental memorandum of points and authorities. In the interest of justice, the court will grant petitioner's motion to supplement his opposition. In addition, the court will grant respondent fifteen days to file a reply, if any, to petitioner's supplemental memorandum of points and authorities.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's August 10, 2009 motion to supplement his opposition (Doc. No. 15) is granted; and

2. Respondent is granted fifteen days from the date of this order to file a reply, if any, to petitioner's supplemental memorandum of points and authorities.

DATED: August 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john0064.supp