IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC W. JOHNSON,

    Petitioner,                    No. CIV S-09-0064 GEB DAD P

    vs.

JAMES WALKER, Warden,

    Respondent.                ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 27, 2009, the court ordered respondent to file with this court within ten days a copy of petitioner's October 14, 2008 petition for writ of habeas corpus that he had filed with the California Supreme Court (Case No. S167494). As this court has previously advised respondent, the court cannot resolve respondent's pending motion to dismiss without a copy of that petition. Nevertheless, to date, respondent has not complied with the court's order nor otherwise responded to it.

        Good cause appearing, IT IS HEREBY ORDERED that within seven days of the date of this order, respondent shall file a copy of petitioner's October 14, 2008 petition for writ of habeas corpus filed with the California Supreme Court (Case No. S167494) and shall show cause

/////

1

in writing why sanctions should not be imposed for the failure to timely comply with the court's October 27, 2009, order.

DATED: November 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john0064.102