IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC W. JOHNSON,

    Petitioner,               No. CIV S-09-0064 GEB DAD P

    vs.

JAMES WALKER, Warden,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 14, 2010, petitioner filed a traverse in this action. On April 26, 2010, petitioner filed a motion to supplement his traverse. The motion itself appears to have included the briefing, petitioner's affidavit and exhibits that petitioner wished to supplement his traverse with..

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's April 26, 2010 motion to supplement his traverse (Doc. No. 29) is granted. The court will consider the briefing, affidavit and exhibits submitted with the motion in determining whether petitioner is entitled to federal habeas relief.

DATED: May 10, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
john0064.supp