IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC W. JOHNSON,

    Petitioner,                      2: 09 - cv - 0064 - GEB TJB

    vs.

JAMES WALKER,

    Respondent.                    <u>ORDER</u>

_____/

      Petitioner has requested a third extension of time to file objections to the Magistrate Judge's findings and recommendations which was entered on November 2, 2010.  Petitioner requested a 120-day extension to file objections in November 2010.  On December 1, 2010, that request was partially granted and Petitioner was given thirty days to file his objections.  Petitioner filed a second extension of time seeking thirty additional days to file objections to the findings and recommendations.  The court granted this second request on January 5, 2011 and Petitioner was given an additional thirty days to file his objections to the findings and recommendations.

      On January 27, 2011, Petitioner filed a third motion for an extension of time.  In the motion, Petitioner did not request a specific amount of time for the extension of time to file objections.  Based upon the representations made and only for this request, it is determined that

1

1  good cause has been shown, and the request is granted such that any objections filed up to the
2  date of this order are deemed timely.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1.   Petitioner's request filed January 27, 2011 for an extension of time is GRANTED;
5          and
6     2.   Petitioner's objections filed February 14, 2011 are deemed timely.
7  DATED: February 22, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE